UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> V. <br><br> BRANDIE M. STAMPER, <br>     Defendant. | CRIMINAL NO. 5:17-60-KKC <br><br> **ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (DE 106) and United States Magistrate Judge Matthew Stinnett's Report and Recommendation (DE 147). Judge Stinnett recommended that the Defendant's motion be denied. (DE 147 at 8.) No objections have been filed as to his recommendation. The Court, after reviewing the Defendant's motion and applicable law, agrees with Judge Stinnett's Report and Recommendation.

Accordingly, the Court, being sufficiently advised, **HEREBY ORDERS** as follows:

(1) Judge Stinnett's Report and Recommendation (DE 147) is **ADOPTED** as the Court's opinion.

(2) The Defendant's motion to vacate, set aside, or correct sentence (DE 106) is **DENIED**.

(3) A Certificate of Appealability **SHALL NOT ISSUE** because the Defendant has not made a substantial showing of the denial of a Constitutional right. *See* 28 U.S.C. § 2253(c).

1

(4) A separate judgment shall issue.

Dated March 30, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY